UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRUSTEES OF THE DISTRIT COUNCIL NO.9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND and
DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION
OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2019__

                        Petitioners,

        -against-

INNISS CONSTRUCTION INC.,

                        Respondent.

19 Civ. 11289 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        Petitioners have filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **January 17, 2020**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **February 7, 2020**, Respondent shall file its opposition; and

3. Petitioners' reply, if any, is due by **February 14, 2020**.

        IT IS FURTHER ORDERED that by **January 10, 2020**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311. By **January 17, 2020**, Petitioners shall file an affidavit of such service.

        SO ORDERED.

Dated: December 20, 2019
        New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge